1 | THEODORE M. BECKER (*pro hac vice*)
  | tbecker@mwe.com
2 | JULIAN L. ANDRÉ (Cal. Bar No. 251120)
  | jandre@mwe.com
3 | **MCDERMOTT WILL & EMERY LLP**
  | 2049 Century Park East
4 | Suite 3200
  | Los Angeles, CA  90067-3206
5 | Telephone:  +1 310 277 4110
  | Facsimile:   +1 310 277 4730
6 |
7 | Attorneys for Defendant
  | SPCP GROUP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| DANIELLE GAMINO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPCP GROUP, LLC,<br><br>　　　　　Defendant,<br><br>KPC HEALTHCARE, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>　　　　　Nominal Defendant. | Case No. 5:21-cv-01466-SB-SHK<br><br>**DEFENDANT SPCP GROUP, LLC'S REQUEST FOR THEODORE M. BECKER TO ATTEND THE JANUARY 21, 2022, MOTIONS HEARING AND CASE SCHEDULING CONFERENCE REMOTELY**<br><br>**Hearing**<br>Date:　　　　January 21, 2022<br>Time:　　　　8:30 am<br>Courtroom:　　6C<br>Judge:　　　　Hon. Stanley Blumenfeld, Jr.<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH] |

1     Defendant SPCP Group, LLC ("SPCP"), by and through its counsel of record, hereby requests permission for Theodore M. Becker to attend the January 21, 2022, motions hearing and case scheduling conference (*see* Dkt. No. 46) remotely via Zoom video conference or telephone conference.

    SPCP is represented by Theodore M. Becker and Julian L. André from McDermott Will & Emery LLP. Mr. André, who resides in Los Angeles, California, will be attending the motions hearing and case scheduling conference in person as required by the Court, and will be responsible for any oral argument on behalf of SPCP. When SPCP filed its motion to dismiss and opposition to plaintiff's motion to consolidate actions, Mr. Becker, who resides in Chicago, Illinois, had planned to travel to Los Angeles and attend the motions hearing and case scheduling conference in person as well. Because of the increased risk of COVID-19 exposure and ongoing surge in COVID-19 cases due to the Omicron variant, however, Mr. Becker no longer believes it would be prudent for him to travel from Chicago to attend the hearing in person. Accordingly, SPCP respectfully requests permission for Mr. Becker to attend the hearing and case scheduling conference remotely via Zoom video conference or telephone conference, if it is practical for the Court to accommodate the request.

    This request is based upon the attached declaration of Theodore M. Becker and the files and records in this case.

Dated: January 19, 2022

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By:   */s/ Theodore M. Becker*
       THEODORE M. BECKER
       JULIAN L. ANDRÉ
       2049 Century Park East, Suite 3200
       Los Angeles, CA 90067-3206
       Telephone: +1 310 277 4110
       Facsimile: +1 310 277 4730
       Attorneys for Defendant
       SPCP GROUP, LLC

# DECLARATION OF THEODORE M. BECKER

I, Theodore M. Becker, declare as follows:

1. I am a partner in the law firm of McDermott Will & Emery LLP, counsel of record for defendant SPCP Group, LLC ("SPCP"). I am also counsel of record for the KPC Defendants in *Gamino v. KPC Healthcare Holding et al.*, No. 5:20-01126-SB (SHK). I submit this declaration in support of SPCP's request for Theodore M. Becker to attend the January 21, 2022, motions hearing and case scheduling conference remotely.

2. The hearing on plaintiff's motion to consolidate actions (Dkt. No. 18) and SPCP's motion to dismiss the First Amended Complaint (Dkt. No. 33), and the case scheduling conference for this case is scheduled for January 21, 2022, at 8:30 a.m. (Dkt. 46).

3. My partner and co-counsel on this case, Julian L. André, resides in Los Angeles, California, and will be appearing in person at the January 21, 2022, motions hearing and case scheduling conference. Mr. André will be responsible for any oral argument on behalf of SPCP during the motions hearing and case scheduling conference, as well as any oral argument on behalf of the KPC Defendants in connection with plaintiff's motion to consolidate actions.

4. I reside in Illinois and am admitted *pro hac vice* to practice before this Court. At the time SPCP filed its motion to dismiss (Dkt. No. 33) and its opposition to plaintiff's motion to consolidate actions (Dkt. No. 38), I had planned to attend the motion hearings in person as well. Accordingly, SPCP did not submit a request for me to attend the hearing remotely in connection with SPCP's moving papers and opposition as required under the Court's standing civil order.

5. Because of the increased risk of COVID-19 exposure and ongoing surge in COVID-19 cases due to the Omicron variant, I no longer believe it would be prudent for me to fly from Chicago to Los Angeles to attend the hearing in person at this time, particularly since Mr. André will be responsible for any oral

1

SPCP GROUP, LLC'S REQUEST FOR THEODORE BECKER TO ATTEND THE JANUARY 21, 2022 MOTIONS HEARING AND SCHEDULING CONFERENCE REMOTELY

1 argument and will be appearing in person on behalf of SPCP and the KPC
2 Defendants as the Court requires.  I, however, would still like to attend the hearing
3 remotely via Zoom video conference or telephone conference, if it is practical for
4 the Court to accommodate remote attendance.

5.     For the foregoing reasons, I respectfully submit that good cause exists to allow me to appear remotely during the motions hearing and case scheduling conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed this 19th day of January 2022 in Chicago, Illinois.

*/s/ Theodore M. Becker*
Theodore M. Becker