**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Danielle Gamino<br><br>v.<br><br>SPCP Group, LLC | CASE NUMBER:<br><br>5:21-cv-01466-SB-SHK |

Plaintiff(s)

Defendant(s).

**ORDER ON REQUEST FOR APPROVAL
OF SUBSTITUTION OR WITHDRAWAL
OF ATTORNEY**

The Court hereby orders that the request of:

SPCP Group, LLC ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute   Aimee Mackay of Morgan, Lewis & Bockius LLP   who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

310 South Grand Avenue, Twenty-Second Floor
*Street Address*

Los Angeles, CA 90071                                              aimee.mackay@morganlewis.com
*City, State, Zip*                                                           *E-Mail Address*

(213) 612-2500                    (213) 612-2501                    221690
*Telephone Number*                  *Fax Number*                      *State Bar Number*

as attorney of record instead of  Theodore M. Becker and Julian L. André of McDermott Will & Emery LLP
*List all attorneys from same firm or agency who are withdrawing*

**is hereby    ☒ GRANTED    ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   March 12, 2022                                              _____
                                                                    U. S. District Judge

G-01 ORDER (09/17)        **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**